In the Matter of WILLIAM ROSSLEY, as Administrator of the Estate of MICHAEL ROSSLEY, Deceased, Appellant.
JULIA WRIGHT et al., Respondents.

Argued January 16, 1945; decided March 1, 1945.

*Joe Schapiro* for appellant.

*Ronald J. Dunn* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.